# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Carla Elwanda Key, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00011-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2023 Order.

August 1, 2023

Katherine Hord Simon, Clerk
United States District Court